IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**RONALD ALLMAN, II,**

      Plaintiff,

**v.**                                 **CIVIL ACTION NO.: 3:23-CV-187**
                                            **(GROH)**

**CORRECTIONAL OFFICER TIBBS,**
**CORRECTIONAL OFFICER SAMS,**
**and CORR. OFFICER II REED,**

      Defendants.

## ORDER DISMISSING CASE

On August 7, 2023, the Plaintiff, by counsel, initiated the above-styled civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Upon docketing the complaint, the Clerk issued summonses to the Plaintiff's counsel for processing. ECF No. 2.

Pursuant to Federal Rule of Civil Procedure 4(m), service of the complaint was required to be served upon the Defendants not later than November 5, 2023, or 90 days after the complaint was filed.

> **(m) Time Limit for Service.** If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4. One day after that deadline, on November 6, 2023, the Plaintiff filed a motion which requested a 15-day extension to effect service, or obtain a waiver of service for the Defendants. ECF No. 3. The Court granted the Plaintiff's motion on November 7, 2023, and granted Plaintiff's counsel the requested additional 15 days. Pursuant to the Court's order, the Plaintiff was required to effect service of process, or obtain a waiver of service not later than November 20, 2023.

More than twenty-eight days have elapsed since that deadline, and the Plaintiff has failed to either serve the Defendants or file a waiver of service with the Court.

Accordingly, it is **ORDERED** that 3:23-CV-187 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to serve defendants and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to transmit a copy of this Order to all counsel of record by electronic means.

**DATED**: January 25, 2024

GINA M. GROH
UNITED STATES DISTRICT JUDGE